**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-8033**

———————

TIMOTHY GENE HARPER,

                                    Plaintiff - Appellant,

        versus

CURRITUCK COUNTY CLERK OF COURTS,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.  (5:06-ct-03004)

———————

Submitted:  February 22, 2007        Decided:  March 5, 2007

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Gene Harper, Appellant Pro Se.  David J. Adinolfi, II,
Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gene Harper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harper v. Currituck County Clerk of Courts</u>, No. 5:06-ct-03004 (E.D.N.C. Nov. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>